23,263-04

CASE NO. 10-12-13632-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 30 2015
Abel Acosta, Clerk

Court OF Appeals

Attorney K.S. "GATOR" Dunn Filed
Habeas Corpus 11.07 Filed IN
Montgomery County TX.
Filed 7-21-2015 Attorney
K.S. GATOR Dunn WAS NOT ATTORNEY
OF RECORD 7-21-2015.
K.S. GATOR DUNN IS NOT MY
ATTORNEY.
And Some How He HAS GoT His NAME
AS MY ATTORNEY WAY AFTER 7-21-2015
I William WAITE JOBE Did NOT ASK
THIS ATTORNEY TO File THIS 11.07
Habeas Corpus. 7-21-2015
GATOR DUNN IS NOT MY ATTORNEY Please
DO NOT ACCEPT NO 11.07 Habeas Corpus
Filed BY Him. I ORDERED Him TO TAKE
IT OUT OF The Courts.
Montgomery County 359Th District Court
And The Court OF Appeals
And To Take His
NAME OFF Clerks
Records.

William W. Jobe (55)

CASE NO. 10-12-13632-CR

William Walter JOBE     IN THE 359TH
           DiSTRICT CoueT
    V.               MONTGOMERY CouNTY
State OF TEXAS         TEXAS

ORDER FROM William WalTee JOBE
TO ATTORNEY K.S. GATOR DUNN
NOT MY ATTORNEY OF RECoRd 7-21-2015. Filed 11.07
HAbeAs CoRPus ORDERED TO TAKE Filed 7-21-2015 OuT OF
THe CouRTS THe 7-21-2015 HAbeAs CoRPus.

K.S. "GATOR" DuNN You HAVE NOT
TAlked TO ME AT All.

WHO Told You To File A 11.07
HAbeAs CoRPus IN MY CASE NO.
10-12-13632-CR.
I Did NOT REQuesT You To Do THis.
I HAd To TRY To SAVE MY CASE And
MY Life. BY TRYiNG To AMENd MY 11.07
HAbeAs CoRPus mailed ANd Recieved BY
DiSTRicT Cleek, Mailed AuGusT 11. 2015
AMENDED 11.07 HAbeAs CoRPus.

IF You HAVE Pulled THIS AMENDED 11.07
HAbeAs CouRPus OuT OF The CoueTS
YOU ARE NOT MY ATTORNEY ANd YOU
ARE WORKING AGAiNST ME YOU ARE

1.

GROUND 4 : CONFLICT OF INTEREST WITH PREJUDICE
TO PROVE INEFFECTIVE ASSISTANCE
OF COUNSEL

GROUND 5 : TRIAL Guilt / INNOCENT PHASE did
NOT admitt 1988 SAN JACINTO COUNTY
D.U.I. did NOT Find JOBE Guilty
Pre INDICTMENT did NOT Prove FELONY
D.W.I. BEYOND A REASONABLE DOUBT
OR All ELEMENTS OF D.W.I.

GROUND 6 : THE TRIAL COURT ERRORED IN FAILING
TO STAY All PROCEEDINGS UNTIL THE
COMPLETION OF THE COMPETENCY EVAluation
PURSUANT Violation OF LAW AND JUDGES
"ORDERS" OF 46 B.

IF K. S. GATOR DUNN HAS STOPED THESE AMENDED
11.07 HABEAS CORPUS ISSUES AND GROUNDS FROM
MY CASE NO. 10-12-13632-CR TRIAL BY JUDGE.
HE IS FIRED AND CAN NOT DO THIS HE IS
NOT MY ATTORNEY. AND WHEN K.S. GATOR
DUNN STOPED MY BENCH WARRANT BY FILING
THE 11.07 HABEAS CORPUS 7-21-2015 GATOR
DUNN WAS NOT ATTORNEY OF RECORD.
GATOR DUNN Did NOT HAVE MY SAY SO TO FILE
7-21-2015 11.07 HABEAS CORPUS
He WAS NOT ATTORNEY OF RECORD
I William WALTER JOBE HAVE HAD NO CONTACT
With THIS ATTORNEY HE IS NOT MY ATTORNEY.
IF K.S. GATOR DUNN WAS MY ATTORNEY

CASE NO. 10-12-13632-CR

I would HAVE HiM SET ME A CoueT HEARING ON All THE CoueT DATes I HAVE NOT GoT To GO TO. OR ANY OF The 10 MOTioNS I HAVE Filed IN The 359Th DisTeicT CoueT ANd AT The DisTeicT Cleek OFFice.

I William WalTee JoBE IS ORDERING K.S. DuNN TAke Filed 7-21-2015 HAbeAs CoePus OuT OF The 359Th CoueT ANd CoueT OF CeiMiNAl APPeals P.O. Box 12308, CAPToL STaTioN You weee NoT ATToeNEY OF Reloed WHEN You Filed THis HAbeAs CoePus 7-21-2015 I Did NOT TELL You OR Ask You TO File THis 7-21-2015 HAbeAs CoRPus

William W. Jobe (55)

CERTIFIICATE OF CeeJice.

I William WalTee JoBE heeeby ceeTify ThAT A True ANd CORRECT CoPy OF CASE NO. 10-12-13632-CR ORDER FeoM William WalTee JoBE To ATToeNEY GAToe DuNN 9-23-2015 Filed 11.07 HAbeAs CoePus ORDEReD To TAke Filed 7-21-2015 OuT OF THE CoueTs The 7-21-2015 K.S. DuNN WAs NOT ATToeNey OF ReloeD.

HAs been SeNT TO BARbARA GlAddeN ADAMilk 301 NoeTH MaiN. CoNeoe Tx. 77305 and CoueT OF APPeals PO. Box 12308 CAPiTal STaTioN, AusTiN w Tx. 78711

William JoBE 1692994
MicHael UNiT
2664 FM2054, TENN. Colony Tx. 75886

William W. Jobe (55)

3.